THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MFG UNIVERSE CORP., d/b/a DIGILITE, *et al.*,<br><br>                    Plaintiffs,<br>         v.<br><br>NEXT GEN LED, INC., *et al.*,<br><br>                    Defendants. | CASE NO. C21-0742-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs filed a Complaint with the Court on June 4, 2021 (Dkt. No. 1) and filed proofs of service on the named defendants shortly thereafter (Dkt. Nos. 12, 13). Plaintiffs last indicated, in their October 12, 2021 status report, that they intend to seek a default judgment against those defendants, amend their complaint to join additional defendants, and add co-counsel "soon." (Dkt. No. 15 at 1.) More than three months have elapsed, without an appearance by Defendants, or a motion, filing, or update from Plaintiffs.

Accordingly, the Court ORDERS Plaintiffs to show cause by February 4, 2022 why this case should not be dismissed without prejudice for failure to prosecute.

DATED this 25th day of January 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk
