THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MFG UNIVERSE CORP., d/b/a DIGILITE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>NEXT GEN LED, INC., *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C21-0742-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Plaintiffs' response to the Court's order to show cause (Dkt. No. 17). In their response to the order, Plaintiffs request additional time to conduct discovery. (*Id.* at 2.) Finding good cause, the Court GRANTS Plaintiffs additional time. Plaintiffs may seek voluntary dismissal, amend their complaint to add defendants, or move for entry of default against the existing Defendants by March 18, 2022. If no such action is taken during this time, the Court will dismiss Plaintiffs' complaint without prejudice for failure to prosecute.

//
//

MINUTE ORDER
C21-0742-JCC
PAGE - 1

DATED this 7th day of February 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk