**Judge: Hon. John C. Coughenour**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **MFG Universe Corp., d/b/a Digilite, and Paul Koo,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Next Gen LED, Inc., d/b/a ProGrowTech, Andrew A. Meyers and his marital estate, Joe Visintainer and his marital estate, Dave Inman and his marital estate, Scott Schneider and his marital estate,**<br><br>**Defendants**. | **Civil Case No. 2:21-cv-00742-JCC**<br><br>**(PROPOSED) ORDER FOR LEAVE TO AMEND COMPLAINT BY AGREEMENT OF THE PARTIES**<br><br>(Clerk's Action Required) |

    Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading if the opposing party consents to the amendment in writing. Fed. R. Civ. P. 15(a)(2).  All appearing parties have agreed to allow Plaintiffs to amend their Complaint; therefore, the Motion for leave to amend the Complaint is hereby granted.

Order for leave to amend complaint - 1 -

So ORDERED this 16th day of May 2022.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Submitted May 13, 2022 by:

s/Joseph F. Militello, WSBA #45681
Attorney for Plaintiff

1600 NE 47th St. #17
Seattle, WA 98105
(607) 229-8723

militelloj2002@yahoo.com

Order for leave to amend complaint - 2 -