HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MFG UNIVERSE CORP., d/b/a DIGILITE, and PAUL KOO,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXT GEN LED, INC., d/b/a PROGROWTECH, ANDREW A. MEYERS and his marital estate; JOE VISINTAINER and his marital estate; DAVE INMAN and his marital estate; SCOTT SCHNEIDER and his marital estate; and MELISSA DIAZ BARKER and her marital estate,<br><br>    Defendants. | Case No. 2:21-CV-00742-JCC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER STAYING INITIAL CASE MANAGEMENT DATES<br><br>NOTE ON MOTION CALENDAR:<br>June 13, 2022 |

Plaintiffs MFG Universe Corp., d/b/a Digilite, and Paul Koo and Defendants Andrew Myers, Joe Visintainer, Dave Inman and Scott Schneider (the "Myers Group Defendants"), by and through their respective counsel, hereby stipulate that the Initial Case Management Dates in this matter be stayed until fourteen (14) days following the Court's decision on the Myers Group Defendants' Motion to Dismiss the Second Amended Complaint, or, in the Alternative, for a More Definite Statement (Dkt. No. 48 ("Motion to Dismiss").) As a result of this stay, the parties request that the deadlines for their Fed. R. Civ. P. 26(f) Conference, Initial Disclosures, and Joint Status Report, as set forth in the Minute Entry Setting Initial Management Dates (Dkt. No. 42), be extended until after the stay is lifted. The parties have met and conferred and agreed that there is good cause for a stay to extend these deadlines to allow the parties to focus on their respective briefs regarding the Motion to Dismiss and this Court to rule on said Motion. Fourteen (14) days

STIPULATION AND [~~PROPOSED~~] ORDER STAYING INITIAL CASE MANAGEMENT DATES
(Case No. 2:21-CV-00742-JCC) - 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

after this Court's Order on the Motion to Dismiss, the stay will be lifted, and litigation will resume on any surviving claims to the extent any remain. Once the stay is lifted fourteen (14) days after the Court's decision on the Motion to Dismiss, the parties respectfully request that the Court issue an order setting amended Case Management Dates.

Dated this 13th day of June 2022

Respectfully submitted,

**FOCAL PLLC**
By: *s/ Kimberlee L. Gunning*
Kimberlee L. Gunning, WSBA #35366
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: kim@focallaw.com
Email: venkat@focallaw.com

**INTERNET LAW CENTER LTD.**
By: *s/ Bennet Kelley, admitted pro hac vice*
Bennet Kelley, *admitted pro hac vice*
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Tel: (310) 452-0401
Fax: (702) 924-8740
Email: bkelley@internetlawcenter.com

*Attorneys for Defendants Andrew A. Myers, Joe Visintainer, Dave Inman and Scott Schneider*

**JOSEPH F. MILITELLO**
By: *s/ Joseph F. Militello*
Joseph F. Militello, WSBA #45681
1600 NE 47th St., #17
Seattle, WA 98105
Tel: (607) 229-8723
Email: militelloj2002@yahoo.com

*Attorney for Plaintiffs MFG Universe Corp., d/b/a Digilite, and Paul Koo*

STIPULATION AND [PROPOSED] ORDER STAYING INITIAL
CASE MANAGEMENT DATES
(Case No. 2:21-CV-00742-JCC) - 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the Stipulation Staying Initial Case Management Dates submitted by Plaintiffs MFG Universe Corp., d/b/a Digilite, and Paul Koo, and Defendants Andrew Myers, Joe Visintainer, Dave Inman and Scott Schneider, and finding good cause therefore, hereby GRANTS the request and ORDERS:

The Initial Case Management Deadlines (*see* Dkt. No. 42) are stayed until fourteen (14) days after the Court issues an Order on the Myers Group Defendants' Motion to Dismiss the Second Amended Complaint, or, in the Alternative, for a More Definite Statement (Dkt. No. 48.) At that time, in the event that any of Plaintiffs' claims remain at issue, the Court will issue an order setting amended Initial Case Management Dates.

It is so ORDERED this 13th day of June 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER STAYING INITIAL
CASE MANAGEMENT DATES
(Case No. 2:21-CV-00742-JCC) - 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966