UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MFG UNIVERSE CORP et al.,<br>     Plaintiff(s),<br>  v.<br><br>NEXTGEN LED INC et al.,<br>     Defendant(s). | CASE NO. C21-0742-KKE<br><br>ORDER DENYING MOTION FOR WAIVER OF MEDIATION FEES |

   This matter comes before the Court on pro se Defendant Andrew Myers's motion for waiver of mediation fees. Dkt. No. 73. Mr. Myers filed a declaration and application to proceed in forma pauperis and declared "[t]he court is requesting the parties undergo mediation, which I consent to, but I cannot pay for." *Id.* at 2. The Court DENIES Mr. Myer's motion as it is not the proper procedure to request pro bono mediation. If the parties wish to participate in a mediation free of charge under Local Rules W.D. Wash. LCR 39.1(c)(4), they must complete and submit a Request for Pro Bono Mediation, available on the Court's website at https://www.wawd.uscourts.gov/sites/wawd/files/RequestforProBonoMediation.pdf.

   Dated this 26th day of March, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR WAIVER OF MEDIATION FEES - 1